COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-13-00481-CV |
| Style: | In the interest of D. G.-J., C.J., and A.J., children |
| | |
| Date motion filed*: | June 21, 2013 |
| Type of motion: | Motion to extend time to file 1ˢᵗ supplemental notice of appeal and statement of points |
| Party filing motion: | Appellant |
| Document to be filed: | Supplemental notice of appeal and statement of points |

Is appeal accelerated?     No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:        Current Due date:
    Date Requested:

Ordered that motion is:

    ☐      Granted

           If document is to be filed, document due:

           ☐      The Court will not grant additional motions to extend time

    ☐      Denied

    ☑      Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐      Other: _____

**Appellant requests an extension of time to file a "1ˢᵗ Supplemental Notice of Appeal and Statement of Points." Appellant may amend a notice of appeal without leave of court at any time prior to filing her brief. *See* TEX. R. APP. P. 25.1(g) (authorizing filing of amended notice of appeal any time prior to filing of appellant's brief). Further, the statute no longer requires a statement of points. *See* Act of May 22, 2001, 77th Leg., R.S., ch. 1090, § 9, 2001 Tex. Gen. Laws 2395, 2397–98 (enacting section 263.405 of the Family Code), *amended by* Act of May 5, 2011, 82d Leg., R.S., ch. 75, § 4, 2011 Tex. Gen. Laws 348, 349; Act of May 12, 2005, 79th Leg., R.S., ch. 176, § 1, 2005 Tex. Gen. Laws 332, 332 (adding subsection 263.405(i)), *repealed by* Act of May 5, 2011, 82d Leg., R.S., ch. 75, § 5, 2011 Tex. Gen. Laws 348, 349; *In re D.J.W.*, 394 S.W.3d 210, 217 n.8 (Tex. App.—Houston [1st Dist.] 2012, pet. denied). The motion is dismissed as moot.**

Judge's signature:   /s/ Harvey Brown _____
                 ☑ Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date:  June 21, 2013_____

November 7, 2008 Revision